# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _Smm_ D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID HORTON

    Defendant.

05 NOV -2 PM 4:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Cr. No. 2:05cr20377-5-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on __11-2-05__  The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: __Larry Sargent for William Massey__ who is <u>Retained</u>/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                      S. Thomas Anderson
                                   United States Magistrate Judge

Charges: 18:922(g)
Firearms

Assistant U.S. Attorney assigned to case: T. COLTHURST

The defendant's age is: __31__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11-3-05__

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT